UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

RACHEL CHASSEN, on behalf of themselves and those similarly situated,

    Plaintiff,

v.

HUNTER WARFIELD, INC.

    Defendants.

Case No. 21-cv-06393

---

JOINT STIPULATION **AND ORDER** OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their counsel of record, hereby jointly stipulate to the voluntary dismissal of all claims as to the defendant in the above-captioned action with prejudice and dismissal of all claims on behalf of the putative class without prejudice. The parties shall bear their own costs

Respectfully submitted,

| | |
|---|---|
| /s Ben A. Kaplan | /s Sean M. O'Brien |
| Ben A. Kaplan, Esq. | Sean M. O'Brien, Esq. |
| New Jersey Bar #0337712008 | New Jersey Bar #093702013 |
| Chulsky Kaplan, LLC | Lippes Mathias Wexler Friedman LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 280 Prospect Avenue, 6G | 50 Fountain Plaza, Suite 1700 |
| Hackensack, NJ 07601 | Buffalo, NY 14202 |
| P: 877-827-3395 | P: 716-853-5100 |
| F: 877-827-3394 | F: 716-853-5199 |
| E: ben@chulskykaplanlaw.com | E: sobrien@lippes.com |

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 9/8/2021**